United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JEFF OFFNER,                                          No. C 12-02666 RS

              Plaintiff,                              **RECUSAL ORDER**

      v.

FACEBOOK, INC., et al.,

              Defendants.
_____/

      I hereby recuse myself from hearing or determining any matters which have been referred to

me as District Judge in the above-entitled action.  The Clerk of Court shall reassign the referred

matters in this case to another District Judge.


IT IS SO ORDERED.


Dated:  5/30/12                                _____
                                              RICHARD SEEBORG
                                              UNITED STATES DISTRICT JUDGE


RECUSAL ORDER